|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 08-10916 (PJW) |
| PAPPAS TELECASTING | ) |  |
| INCORPORATED, et al.,[1] | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**NOTICE OF AUCTION, BIDDING PROCEDURES AND SALE APPROVAL
HEARING IN CONNECTION WITH THE SALE BY PAPPAS TELECASTING
OF NEVADA, L.P. OF REMAINING RENO ASSETS**

PLEASE TAKE NOTICE THAT on August 14, 2009, E. Roger Williams, the chapter 11 trustee (the "**Trustee**" or the "**Seller**") for the jointly administered debtors Pappas Telecasting Incorporated, *et al,* in the above-captioned cases (the "**Chapter 11 Cases**") under chapter 11 of the United States Bankruptcy Code, filed a motion [Docket No. 1464] (the "**Bidding Procedures Motion**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**") for an order pursuant to sections 105 and 363, of the Bankruptcy Code and Rules 2002, 4001, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure: (A) approving the form of the bidding procedures (the "**Bidding Procedures**") in connection with the sale (the "**Sale**") by Pappas Telecasting of Nevada, L.P. of the Remaining Reno Assets free and clear of all liens, claims, encumbrances and interests of any kind to the Successful Bidder, (B) scheduling the date and time to hold an auction (the "**Auction**") to implement the Sale, (C) scheduling the date and time for a hearing (the **"Sale Approval Hearing"**) to consider approval of the Sale of the Remaining Reno Assets, free and clear of all liens, claims and encumbrances and interests of any kind, to the Successful Bidder, and (D) approving the form and manner of delivery of this notice.

PLEASE TAKE FURTHER NOTICE THAT in furtherance of the Sale, on or before August 17, 2009, the Trustee filed a separate motion [Docket No. 1469] (the "**Sale**

---

[1]  The jointly administered debtors (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, are: Pappas Telecasting Incorporated (2213), Pappas Telecasting of Central California, a California Limited Partnership (3051); Pappas Telecasting of the Midlands, L.P. (8586); WCWG of the Triad, LLC (7903); Pappas Telecasting of Sioux City, L.P. (2089); Pappas Telecasting of Concord, a California Limited Partnership (2459); Pappas Telecasting of Houston, L.P. (2089); Pappas Telecasting of El Paso-Juarez, L.P. (2202); Pappas Telecasting of Nevada, L.P. (8024); Pappas Telecasting of Siouxland, LLC (2069); CASA of Washington, LLC (7196); KMPH (TV) License, LLC (None); KFRE (TV) License, LLC (None); Concord License, LLC (None); KTNC License, LLC (None); KPTM (TV) License, LLC (None); WCWG License, LLC (None); KPTH License, LLC (None); KAZH License, LLC (None); KDBC License, LLC (None); Reno License, LLC (None); and KCWK License, LLC (None).

[2]  All capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed to them in the Bidding Procedures Motion.

**Motion"**) seeking, among other things, entry of an order authorizing Pappas Telecasting Nevada to sell the Remaining Reno Assets to New World TV Group, LLC ("**New World**"), or its designee (or to the successful bidder at the Auction, if an Auction is conducted), free and clear of all liens, claims, encumbrances and interests of any kind.

PLEASE TAKE FURTHER NOTICE THAT on August 26, 2009, the Court entered an order [Docket No. 1502] (the "**Bidding Procedures Order"**), approving the form of the Bidding Procedures and setting certain dates and deadlines relating to the Auction, the Sale and the Sale Approval Hearing, as summarized below.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the Bidding Procedures Order, if the Seller receives at least one (1) Qualified Bid, in addition to the Reno APA, for the Remaining Reno Assets by the Bid Deadline, **the Seller shall conduct the Auction with respect to the Remaining Reno Assets on <u>September 3, 2009, commencing at 11:00 a.m. (prevailing Eastern Time)</u>** at the offices of McCarter & English LLP, 245 Park Avenue, 27th Floor, New York, New York 10167, or at such later date and time and at such alternative location as the Seller may determine or the Bankruptcy Court may direct. If the Seller does not receive at least one (1) Qualified Bid, in addition to the Reno APA, by the Bid Deadline for the Remaining Reno Assets, **the Seller will <u>not</u> conduct the Auction.**

PLEASE TAKE FURTHER NOTICE THAT the **"Bid Deadline" is September 2, 2009, at 4:00 p.m. (prevailing Eastern Time).** A Potential Bidder that desires to make a bid for the Remaining Reno Assets, or any portion thereof, is required under the Bidding Procedures Order to deliver a written copy of all materials comprising its bid to certain parties identified in the Bidding Procedures Order **no later than the Bid Deadline. Any person or entity that does not submit a bid to the Bid Delivery Parties by the Bid Deadline (as extended, if at all) shall not be permitted to participate in the Auction.**

PLEASE TAKE FURTHER NOTICE THAT the Trustee will seek approval of the Sale Motion at the Sale Approval Hearing. The **Sale Approval Hearing is scheduled to be held** before the Honorable Peter J. Walsh, of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware, 19801, Courtroom 6 at **9:30 a.m. (prevailing Eastern Time) on September 9, 2009.** The Sale Approval Hearing may be adjourned or rescheduled, from time to time, without notice to creditors or parties in interest other than by an announcement of the adjourned date at the Sale Approval Hearing or on the Court's calendar on the date scheduled for the Sale Approval Hearing.

PLEASE TAKE FURTHER NOTICE THAT **responses or objections, if any, to the relief to be requested in the Sale Motion must be in writing,** conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, set forth the name of the objecting party, the nature and amount of any claims or interests held or asserted against the Debtors' estates or property, the basis for the objection and the specific grounds therefore, and be filed with the Bankruptcy Court and served upon the following parties: (i) McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102 Attn: Charles A. Stanziale, Jr. (cstanziale@mccarter.com) and Jeffrey T. Testa (jtesta@mccarter.com), and Greenberg Traurig, LLP, Two Commerce Square,

*PHI 316,460,246v1*

2001 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103 Attn: Diane Vuocolo (vuocolod@gtlaw.com), counsel to the Trustee, (ii) the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Lockbox # 35, Wilmington, Delaware, 19899 Attn: Jane M. Leamy (jane.m.leamy@usdoj.gov), (iii) Lowenstein Sandler, PC, Attn: Sharon L. Levine (slevine@lowenstein.com). 65 Livingston Avenue, Roseland, New Jersey 07068-1791, counsel to the Committee, (iv) Kasowitz, Benson, Torres & Friedman LLP, Attn: Richard F. Casher (rcasher@kasowitz.com) and Jeffrey R. Gleit (jgleit@kasowitz.com), 1633 Broadway, New York, New York 10019, counsel to Fortress, and (v) Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067-6049, Attn: Michael Tuchin (mtuchin@ktbslaw.com) and David A. Fidler (dfidler@ktbslaw.com), counsel to certain of the Debtors' Pre-Petition Lenders, so as actually to be received **no later than 4:00 p.m. (prevailing Eastern Time) on September 4, 2009** (the **"Sale Objection Deadline"**). The failure of any party in interest to file and serve its objection or response to the Sale Motion by the Sale Objection Deadline in accordance with the provisions of this paragraph shall be a bar to the assertion, at the Sale Approval Hearing or thereafter, of any objection to the Sale Motion, the Sale or the Seller's consummation and performance of the transaction(s) contemplated thereby.

PLEASE TAKE FURTHER NOTICE THAT any person or entity wishing to submit a bid for the Remaining Reno Assets, or object or otherwise respond to the Sale Motion, is urged to review the Bidding Procedures, the Bidding Procedures Order, and the Sale Motion. Copies of the Bidding Procedures Motion and the exhibits thereto, and the Bidding Procedures Order (including the Bidding Procedures annexed as Exhibit A to the Bidding Procedures Order) may be (a) reviewed during regular Court hours at the United States Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801, (b) reviewed electronically on www.deb.uscourts.gov, the official website for the Court, (c) reviewed electronically on the Debtors' noticing and claims agent's website at administarllc.com or (d) procured upon written request to counsel for the Trustee, McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102, Attn. Charles A. Stanziale, Jr. (cstanziale@mccarter.com) and Jeffrey T. Testa (jtesta@mccarter.com), Telephone No. 973-662-4444.

Dated: Wilmington, DE
      August 26, 2009

McCARTER & ENGLISH, LLP
Charles A. Stanziale, Jr.
Jeffrey T. Testa
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
E-mail: cstanziale@mccarter.com
       jtesta@mccarter.com

Counsel for Trustee, E. Roger Williams

-and-

3

GREENBERG TRAURIG, LLP

By: /s/ Dennis A. Meloro
Victoria W. Counihan (Bar No. 3488)
Dennis A. Meloro (Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
E-mail: counihanv@gtlaw. com
          melorod@gtlaw.com

Co-Counsel for Trustee, E. Roger
Williams